# IN THE SUPREME COURT OF THE STATE OF NEVADA

KRISTEN DOUGHERTY,
Appellant,
vs.
THE STATE OF NEVADA
EMPLOYMENT SECURITY DIVISION;
RENEE OLSON, IN HER CAPACITY AS
ADMINISTRATOR OF THE
EMPLOYMENT SECURITY DIVISION;
KATIE JOHNSON, IN HER CAPACITY
AS CHAIRPERSON OF THE
EMPLOYMENT SECURITY DIVISION;
AND SHUMWAY VAN,
Respondents.

No. 73734

**FILED**

APR 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY  S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This pro se appeal was docketed in this court on August 15, 2017, without payment of the requisite filing fee. The district court's January 8, 2018, order denying appellant's motion to proceed in forma pauperis was filed in this court on January 17, 2018. On February 21, 2018, this court entered an order directing appellant to pay the filing fee within 30 days or file a motion to proceed in forma pauperis. Further, the order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY

cc: Hon. Michelle Leavitt, District Judge
Kristen Dougherty
State of Nevada/DETR
Eighth District Court Clerk